# EXHIBIT C





Sunday, Dec 18, 2022 • 2:21 PM

Just left home should be there right at 3pm

Ok. I'll see you soon.

Sunday, Dec 18, 2022 • 4:19 PM

Fgeffrard@fgmanagementgroup.com

Cher19ami@gmail.com

Monday, Feb 6 • 1:40 PM

Fgeffrard@fgmanagementgroup.com

Cher19ami@gmail.com

> Wire to: Reginald Nazaire
> JPMorgan Chase (NY)
> 270 Park Avenue
> New York, NY 10017-2070
> Account# 286155319
> US Clients: ABA # 021000021
> International Clients: SWIFT # CHASUS33
>
> 8 Mountain View Drive Andover NJ 07821

Got it.

*Thursday, Feb 9 • 9:31 AM*

I'll call you back.

*Friday, Mar 17 • 3:58 PM*

Hi. Hope all is well. Can you call me when you get a chance. Thanks

Friday, Mar 31 • 2:03 PM

Hi Reggie,
Hope you're doing well. Per our last conversation, you were going to send me statements for the investment. Unfortunately, I have not received anything yet. Please let me know when you'll send me the information.
Thank you.

Hey Frito, I'm sorry for the delay in getting you the statement. I'll make sure it's in your email by Monday evening.

Thank you.

Thursday, Apr 20 • 4:44 PM

Call me when you get a chance. Thank you.

Friday, Apr 21 • 5:32 PM

Hi Reggie,

Hope you're doing well. I called and texted you but no answered. I hope you're okay. I need to talk to you about my investment with your company.

Monday, May 1 • 6:45 PM

I emailed you my bank info since last week. I need to know when you will process the wire transfer.
Thank you.

Monday, May 22 • 8:01 PM

Hi Reginald,
Hope all is well.
I started moving this week to the new location for my business. This is a reminder per our conv[ers]ation at the beginning o[f] month that you will wire the money at the

> Hi Reginald,
> Hope all is well.
> I started moving this week to the new location for my business. This is a reminder per our conversation at the beginning of the month that you will wire the money at the end of May.
> Have a bless night.

Wednesday, May 31 • 5:17 PM

> We are at the end of the month and did not get the wire transfer. Please let me know when the transfer will take place. Thank you.

Thursday, Jun 1 • 6:28 PM

> hey Frito I'm in a meeting right now trying to get withdrawal delays figured out. I will call you back asap

Okay

Monday, Jun 5 • 7:38 PM

Hey Reginald. What's up man? This will be my last text about the money. No disrespect, but I see that you're not a man of word. So let me know what you going to do so I know what I have to do. Your silence is also understood.

Monday, Jun 5 • 8:56 PM

Hey Frito, I apologize for not getting back to you. It wasn't intentional. I will give you a call tomorrow . Day one I did promise to keep it real and transparent with you and I am sorry I haven't been communicating.

You call me right now.

> Hey Frito, I apologize for not getting back to you. It wasn't intentional. I will give you a call tomorrow. Day one I did promise to keep it real and transparent with you and I am sorry I haven't been communicating.

> You can call me right now.

Monday, Jun 12 • 12:23 PM

> Call me when you get a chance.

Wednesday, Jun 14 • 7:57 AM

> Hey good morning Frito, any chance we can reschedule for Thursday evening? I can also keep Monday afternoon clear during business hours if that works better.

> I'll let you know this afternoon.

8:10 AM • SMS