# EXHIBIT D

# The Law Office of William D. Ware

WILLIAMSON BUILDING
245 MAIN STREET, SUITE 203
CHESTER, NEW JERSEY 07930
TELEPHONE 908-955-7065
FACSIMILE 908-955-7066

- CERTIFIED CRIMINAL TRIAL ATTORNEY
- FORMER ASSISTANT PROSECUTOR
- MEMBER OF N.J. BAR & U.S. DISTRICT COURT



WEB ADDRESS: williamwarelaw.com
EMAIL: wdw@williamwarelaw.com

DIRECT CONTACT:
KRISTI MARKS, PARALEGAL
TELEPHONE 201-230-3125

October 19, 2023

*Via Email*
fgeffrard@fgmanagementgroup.com

**RE:    My Client: Reginald Nazaire**

Dear Mr. Geffrard:

As you are aware, I represent Mr. Nazaire.

Thank you for your recent inquiry regarding your investment portfolio. I understand the importance of clarity on the repayment process, and I appreciate your patience as we work towards a resolution.

I want to assure you that my client has taken active steps to address the situation. I am currently in direct communication with Reginald Nazaire, actively reviewing the details of your portfolio, and working on formulating a comprehensive plan for the repayment process.

I recognize the urgency of your request, and we are committed to expediting the resolution process. As of now, we are in the midst of crafting a detailed and diversified repayment plan that aligns with the specific circumstances of your investment with Reginald including all impacted investors.

I understand the significance of clarity regarding the repayment process, and my client is dedicated to keeping you informed of our progress. Once the plan is finalized, we will provide you with a transparent timeline, outlining when you can expect the repayment to begin.

Thank you for your understanding and cooperation throughout this process. If you have any additional questions or concerns, please feel free to contact me via email.

Very truly yours,
**WILLIAM D. WARE, ESQ.**

*William D. Ware*

By:    William D. Ware
WDW/km