UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRITO GEFFRARD,

                                        Plaintiff,

                -against-

REGINALD NAZAIRE and UNITY INVESTMENT
HOLDINGS CORPORATION,

                                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2024

24-CV-01492 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

   Plaintiff filed the complaint in this action on February 27, 2024.  Dkt. No. 1.  Defendant Unity Investment Holdings Corporation was served on March 4, 2024, and its deadline to answer, move, or otherwise respond to the complaint was March 25, 2024.  *See* Dkt. No. 8. Defendant Reginald Nazaire was served on March 12, 2024, and his deadline to answer, move, or otherwise respond to the complaint was April 2, 2024.  *See* Dkt. No. 11.

   In light of the fact that Defendants Unity Investment Holdings Corporation and Nazaire have not answered or otherwise made an appearance in this action, it is hereby ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **April 18, 2024**.  Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

   It is further ORDERED that Plaintiff serve Defendants with a copy of this Order, either electronically or by first-class mail or by personal service, by **close of business April 5, 2024**. Within **one business day of service,** Plaintiff must file proof of such service on the docket.

   All other dates and deadlines, including the parties' deadline to submit a joint letter and proposed Civil Case Management Plan, as well as the Initial Pretrial Conference, are hereby adjourned *sine die*.

Dated: April 4, 2024
       New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge