UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRITO GEFFRARD,<br><br>      Plaintiff,<br><br>-against-<br><br>REGINALD NAZAIRE, ET AL.,<br><br>      Defendants. | 24-CV-01492 (MMG)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  By Order of Reference dated April 24, 2024 (ECF 25), Judge Margaret M. Garnett referred this case to Magistrate Judge Sarah L. Cave for settlement. On April 25, 2024, that referral was reassigned to me.

  A settlement conference is scheduled for **Wednesday, May 15, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at [TarnofskyNYSDChambers@nysd.uscourts.gov](mailto:TarnofskyNYSDChambers@nysd.uscourts.gov) by **May 1, 2024**, to propose three alternative dates and times for the settlement conference during the week of May 13, 2024.

  The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **May 8, 2024**, **at 5:00 p.m**.

  Corporate parties must send the person with decision-making authority to settle the matter to the conference.

  If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED: April 25, 2024            SO ORDERED.
     New York, NY

                                 **ROBYN F. TARNOFSKY**
                                 United States Magistrate Judge